# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| D & T OAK CREEK STATION, INC. | : | |
| | : | |
| Plaintiff(s), | : | Case No. 3:09-cv-0464 |
| | : | |
| - vs - | : | |
| | : | Judge Walter Herbert Rice |
| TRUE NORTH ENERGY, LLC., | : | |
| | : | |
| Defendant(s). | : | |

## ORDER

It is hereby ordered that the above captioned cause be stayed and administratively processed.

September 28, 2012            s/ Walter H. Rice
                              WALTER HERBERT RICE,   JUDGE
                              UNITED STATES DISTRICT COURT

AOProcessing/"Suggestion of Bankruptcy filed on 9/20/2012"